**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-1235**

———————————

WILLIAM SANFORD GADD; EDDIE BRADFORD LEE,

Plaintiffs - Appellants,

versus

ROBERT D. POTTER, United States District
Judge,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, District Judge. (CA-97-640-3-MU)

———————————

Submitted: April 16, 1998          Decided: May 1, 1998

———————————

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

William Sanford Gadd, Eddie Bradford Lee, Appellants Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order dismissing their complaint as frivolous. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Gadd v. Potter</u>, No. CA-97-640-3-MU (W.D.N.C. Jan. 15, 1998). We further find that this appeal is frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>